**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CRIMINAL NO. 14-CR-30015-MGM** |
| **NAGEE JONES,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S MOTION TO CONTINUE FINAL REVOCATION HEARING (ASSENTED TO)**

Now comes the defendant, Nagee Jones, who moves this Honorable Court, for an order continuing the final revocation hearing in this case, which is scheduled for September 2, 2026, for a period of no less than 30 days.

As grounds therefore, counsel for the defendant states that since the most recent status conference in this case, he has identified an issue regarding the jurisdiction of the Court to adjudicate that pending supervised release petition. Counsel for the defendant has discussed this matter with the United States Probation Officer assigned to the case and he has indicated that Probation is currently reviewing the merits of the issue identified and needs additional time to make its assessment.

Based upon the above, the parties seek a continuance of 30 days for the final revocation hearing. The assistant United States attorney assigned to this case and the supervising probation officer assent to the allowance of this motion.

Respectfully submitted,

NAGEE JONES

/s/ *William J. O'Neil*

WILLIAM J. O'NEIL
Attorney for the Defendant
280 North Main Street, Suite 6
East Longmeadow, MA 01028
(413) 224-2694
BBO#:548445

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

August 26, 2026

/s/ *William J. O'Neil*
William J. O'Neil